IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

PATRICIA WILLIAMS ,

    Plaintiff,

v.

DEPT. OF WORKFORCE DEVELOPMENT
and DEPT. OF ADMINISTRATION,

    Defendants.

ORDER

Case No.  17-cv-253-bbc

---

PATRICIA WILLIAMS ,

    Plaintiff,

v.

DEPT. OF WORKFORCE DEVELOPMENT,

    Defendant.

ORDER

Case No.  17-cv-254-bbc

---

PATRICIA WILLIAMS ,

    Plaintiff,

v.

DEPT. OF WORKFORCE DEVELOPMENT,

    Defendant.

ORDER

Case No.  17-cv-255-bbc

---

    Plaintiff Patricia Williams has filed three proposed civil complaints.  Plaintiff seeks to commence these lawsuits without prepayment of the filing fee pursuant to 28 U.S.C. § 1915.

    From the affidavit of indigency plaintiff has submitted, I find that plaintiff is unable to prepay the fees and costs of commencing this action or to give security therefor.

ORDER

IT IS ORDERED that:

1. Plaintiff Patricia Williams's petition for leave to proceed without prepayment of fees is GRANTED.

2. No further action will be taken in these cases until the court has screened the complaints pursuant to 28 U.S.C. § 1915 to determine whether the case(s) must be dismissed because the complaint(s) are frivolous or malicious, fail to state a claim on which relief may be granted or seek monetary relief against a defendant who is immune from such relief. Once the screening process is complete, separate order(s) will issue.

Entered this 4th day of April, 2017.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge