IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

PATRICIA WILLIAMS,

    Plaintiff,

v.

WISCONSIN DEPARTMENT OF WORKFORCE DEVELOPMENT, RAYMOND ALLEN, DELORA NEWTON, ENID GLENN, KARL DAHLEN, SHERI POLLOCK, OSCAR AVILES, LESLIE MIRKIN, LORI WALKER, JOSEPH LEDGER AND ANDRE SMALL,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 17-cv-253-bbc

---

PATRICIA WILLIAMS,

    Plaintiff,

v.

WISCONSIN DEPARTMENT OF WORKFORCE DEVELOPMENT, JOSEPH LEDGER AND ANDRE SMALL,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 17-cv-254-bbc

---

PATRICIA WILLIAMS,

    Plaintiff,

v.

WISCONSIN DEPARTMENT OF WORKFORCE DEVELOPMENT, KARL DAHLEN, SHERRI POLLOCK, MEREDITH DRESSEL, NICHOLAS LAMPONE, ENID GLENN AND DELORI NEWTON,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 17-cv-255-bbc

This action came before the court for consideration with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing these cases.

| /s/ | 3/1/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |