# Form 1. Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court

*United States District Court for the* _Western_
*District of* _Wisconsin_
*File Number* _3:17-cv-00253-bbc_
_3:17-cv-00254-bbc_
_3:17-cv-00255-bbc_

Plaintiff )
)
v. ) *Notice of Appeal*
)
Defendant )

_Patricia Williams_

Notice is hereby given that [ __(here name all parties taking the appeal)__ , (plaintiffs) (defendants) in the above named case,[1]] hereby appeal to the United States Court of Appeals for the _7th_ Circuit (from the final judgment) (from an order (describing it)) entered in this action on the _6th_ day of _March_, 20_18_

Pro Se (s) _Patricia Williams_
Attorney for [_____]
[Address: _P.O. Box 259583_
_Madison, WI 53725_

(As amended Apr. 22, 1993, eff. Dec. 1, 1993; Mar. 27, 2003, eff. Dec. 1, 2003.)

[1] See Rule 3(c) for permissible ways of identifying appellants. (attached)
*See Circuit Rule 3(c)(1) for Docketing Statement (attached)