IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PATRICIA WILLIAMS,

        Plaintiff,

OPINION AND ORDER

17-cv-253-bbc
Appeal no. 18-1518

v.

WISCONSIN DEPARTMENT OF WORKFORCE DEVELOPMENT,
RAYMOND ALLEN, DELORA NEWTON, ENID GLENN,
KARL DAHLEN, SHERI POLLOCK, OSCAR AVILES,
LESLIE MIRKIN, LORI WALKER, JOSEPH LEDGER and ANDRE SMALL,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PATRICIA WILLIAMS,

        Plaintiff,

OPINION AND ORDER

17-cv-254-bbc

v.

WISCONSIN DEPARTMENT OF WORKFORCE DEVELOPMENT,
JOSEPH LEDGER and ANDRE SMALL,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PATRICIA WILLIAMS,

        Plaintiff,

OPINION AND ORDER

17-cv-255-bbc

v.

WISCONSIN DEPARTMENT OF WORKFORCE DEVELOPMENT,
KARL DAHLEN, SHERRI POLLOCK, MEREDITH DRESSEL,
NICHOLAS LAMPONE, ENID GLENN and DELORI NEWTON,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Judgment was entered in these three consolidated cases case on March 1, 2018 granting summary judgment in favor of defendants and closing the cases. Now plaintiff Patricia Williams has filed a notice of appeal and a request for leave to proceed on appeal in forma pauperis. From the financial information that plaintiff has provided in the affidavit in support of her request, I find that she does not have the means to pay the $505 appellate docketing fee and qualifies for indigent status with respect to the appeal filing fee. Because plaintiff will be granted leave to proceed in forma pauperis in this court, she "may proceed on appeal in forma pauperis unless the district court shall certify that the appeal in not taken in good faith or shall find that the party is otherwise not entitled so to proceed." Fed. R. App. P. 24(a). I will not certify that the appeal is not taken in good faith and I see no other reason to deny plaintiff's request to proceed in forma pauperis.

ORDER

IT IS ORDERED that defendant Patricia Williams's motion for leave to proceed in forma pauperis on appeal, dkt. #63, is GRANTED.

Entered this 14th day of March, 2018.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge